1  SCOTTLYNN J HUBBARD, IV, SBN 212970
   LYNN HUBBARD, III, SBN 69773
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com

Attorneys for Plaintiff

ERIC DeWALT, SBN 138560
LAFAYETTE & KUMAGAI, LLP
100 Spear Street, Suite 600
San Francisco, CA 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
Email: edewalt@lkclaw.com

Attorney for Defendant
Petco Animal Supplies, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROBERT DODSON, | Case No. 2:09-CV-00870 FCD JFM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT PETCO ANIMAL SUPPLIES, INC. ONLY** |
| PETCO ANIMAL SUPPLIES, INC. dba PETCO #305; J&E ESPERANCA INVESTMENTS I, LLC, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff ROBERT DODSON, and defendant, PETCO ANIMAL SUPPLIES, INC. dba PETCO #305 and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff hereby requests that the Court dismiss the above-entitled action, with prejudice, **as to defendant PETCO ANIMAL SUPPLIES, INC. dba PETCO #305** *only.*

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant PETCO ANIMAL SUPPLIES, INC. dba PETCO #305.

Dated: July 8, 2009              DISABLED ADVOCACY GROUP, APLC

                                 *s/s Lynn Hubbard, III*
                                 LYNN HUBBARD, III
                                 Attorney for Plaintiff

Dated: July 8, 2009              LAFAYETTE & KUMAGAI LLP

                                 *s/s Eric DeWalt*
                                 ERIC DeWALT
                                 Attorney for Defendant Petco Animal Services, Inc.

*/ / /*

*/ / /*

*/ / /*

*/ / /*

*/ / /*

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 09-CV-00870 FCD JFM, is hereby dismissed with prejudice **as to PETCO ANIMAL SUPPLIES, INC. dba PETCO #305 only.**

Dated: July 8, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE